# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BENITA R. ALVA, | )<br>) |
| Plaintiff, | ) Case No. CV09-4153 AJW<br>) |
| v. | ) J U D G M E N T<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is affirmed in part and reversed in part, and the matter is remanded to defendant for an award of benefits consistent with the Memorandum of Decision filed concurrently herewith.

August 13, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge